# IN THE UNITED STATES DISTRICT COURT
# SOUTHER DISTRICT OF TEXAS

| | |
|---|---|
| DANNY WOOD, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GRYPHON HEALTHCARE, LLC,<br><br>　　　Defendant. | Case No.: 4:24-cv-3946 |
| SYLVIA CORTEZ and DELARIA CORTEZ, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GRYPHON HEALTHCARE, LLC,<br><br>　　　Defendant. | Case No.: 4:24-cv-3949 |
| COREY MYERS, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GRYPHON HEALTHCARE, LLC,<br><br>　　　Defendant. | Case No.: 4:24-CV-03955 |

| | |
|---|---|
| ERICKA PARKER, as Next Friend of L.P., a Minor, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GRYPHON HEALTHCARE, LLC,<br><br>    Defendant. | Case No.: 4:24-CV-03963 |
| SARAH SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GRYPHON HEALTHCARE, LLC,<br><br>    Defendant. | Case No.: 4:24-CV-03968 |
| AARON JOHNSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GRYPHON HEALTHCARE, LLC,<br><br>    Defendant. | Case No.: 4:24-CV-03994 |

# PLAINTIFFS' SUPPLMENTAL MEMORANDUM IN SUPPORT OF MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM CLASS COUNSEL

Plaintiffs in the above-captioned actions ("Plaintiffs"), individually, and on behalf of all those similarly situated, respectfully submit this supplemental memorandum in support of Plaintiffs' Motion to Consolidate, Appoint Interim Counsel and Set a Schedule.

On October 17, 2024, Plaintiffs Danny Wood, Sylvia Cortez, Delaria Cortez, Corey Myers, Ericka Parker as Next Friend of L.P., Sarah Smith, and Aaron Johnson filed their Motion to Consolidate, Appoint Interim Counsel, and Set a Schedule ("Motion"). *See* Doc. No. 5. The Motion seeks to consolidate related actions pending against Gryphon Healthcare, LLC ("Defendant" or "Gryphon Healthcare") and asserting claims arising from a recent data breach.

Since filing the Motion, counsel for Defendant have appeared in the case and have sought an extension on their time to respond to the complaint in light of the anticipated consolidation of related actions. *See* Doc. No. 9.

Counsel for Plaintiffs have conferred with counsel for Defendant regarding the pending Motion. Counsel for Defendant have advised that they support consolidation of the related actions, take no position as to the appointment of leadership, and support the proposed schedule.

Accordingly, Plaintiffs advise the Court that the pending Motion to Consolidate, Appoint Interim Counsel, and Set a Schedule is unopposed by Defendant.

For the foregoing reasons and for those stated in the previously filed Motion, Plaintiffs respectfully request the Court to grant the unopposed Motion and enter an Order: (i) consolidating the Related Actions against Gryphon Healthcare, pursuant to Rule 42, (ii) appointing A. Brooke Murphy of Murphy Law Firm, Tyler J. Bean of Siri & Glimstad LLP, Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC, and Gerard Stranch, IV of Stranch, Jennings &

1

Garvey, PLLC as Interim Co-Lead Class Counsel; and (iii) setting the proposed schedule for filing a consolidated complaint and briefing thereon.

DATED: November 15, 2024        Respectfully submitted,

*/s/ Leigh S. Montgomery*
Leigh S. Montgomery
Texas Bar No. 24052214
EKSM, LLP
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455
lmontgomery@eksm.com

A. Brooke Murphy
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

Tyler J. Bean (*pro hac vice* forthcoming)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

Gary Klinger (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

J. Gerard Stranch, IV (*Pro Hac Vice* forthcoming)
Grayson Wells (*Pro Hac Vice* forthcoming)
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Phone: (615) 254-8801
gstranch@stranchlaw.com

Andrew J. Shamis, Esq.
**SHAMIS & GENTILE P.A.**
TX Bar No. 24124558
ashamis@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

JOE KENDALL
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Telephone: 214/744-3000
Fax: 214/744-3015
jkendall@kendalllawgroup.com

*Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record for each party in the above-captioned actions sought to be consolidated and Defendants Counsel via electronic mail on this November 15, 2024.

                */s/ Leigh S. Montgomery*