# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE GRYPHON HEALTHCARE LLC DATA BREACH LITIGATION | Case No. 4:24-cv-3946<br><br>Hon. Sim Lake |

## JOINT MOTION TO STAY CASE

Plaintiffs in the above-captioned action ("Plaintiffs") and Gryphon Healthcare, LLC ("Defendant") (collectively, the "Parties") jointly move to stay this case, including any pending case management, case management conferences, discovery, and motion-related deadlines while the Parties explore the viability of early resolution. In support of this Motion, the Parties state as follows:

1.  This case arises from a cyberattack impacting Defendant's systems, which Defendant became aware of on or around August 13, 2024 (the "Data Security Incident").

2.  Shortly after the Data Security Incident, multiple lawsuits were filed against Defendant, which were subsequently consolidated before this Court. (ECF No. 15).

3.  Since consolidation, the Parties have begun discussing the possibility of early resolution of this matter. To conserve the resources of the Parties and the Court, the Parties respectfully request that the Court temporarily stay the case while the Parties work to determine if early resolution is possible.

4.      In conjunction with the requested stay, the Parties propose providing the Court with a status report that relays the status of their discussions, including whether the stay should be extended, every sixty (60) days.

Dated: January 24, 2025                    Respectfully submitted,

<u>/s/ A. Brooke Murphy</u>
A. Brooke Murphy*
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

Gary Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

J. Gerard Stranch, IV
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Phone: (615) 254-8801
gstranch@stranchlaw.com

JOE KENDALL
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 825

Dallas, Texas 75219
Telephone: 214/744-3000
Fax: 214/744-3015
jkendall@kendalllawgroup.com

*Plaintiffs' Counsel*

\* Admitted *pro hac vice*

/s/ Brent Sedge
Brent Sedge
Texas Bar No. 24082120
Southern District No.: 2904547
**Constangy, Brooks, Smith & Prophete, LLP**
1201 Elm Street, Suite 2550
Dallas, TX 75270
214.646.8970
bsedge@constangy.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated: January 24, 2025            /s/ A. Brooke Murphy
                                   A. Brooke Murphy