United States District Court
Southern District of Texas
**ENTERED**
January 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE GRYPHON HEALTHCARE LLC DATA BREACH LITIGATION | Case No. 4:24-cv-3946<br><br>Hon. Sim Lake |

## ORDER STAYING DEADLINES

Plaintiffs and Defendant (the "Parties") jointly requested that the Court enter a stay of all deadlines while they explore possible settlement options. For good cause shown, the joint motion is **GRANTED**.

All deadlines, conferences, and hearings in this action are hereby **STAYED**. The Parties shall file a **Status Report** with the Court **every sixty (60) days**, starting from the date of this Order, that relays the status of their discussions, including whether the stay should be extended.

SO ORDERED.

Signed on ___JANUARY 24___ 2025.

_____
Hon. Sim Lake
United States District Judge

1