United States District Court
Southern District of Texas
**ENTERED**
March 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELVA MENDOZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-24-4224 |
| | § | |
| GRYPHON HEALTHCARE, LLC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is a Joint Notice of Consolidation (Document No. 13). On December 12, 2024, an Order was entered in the lawsuit captioned *Danny Wood v. Gryphon Healthcare, LLC,* Civil Action No. 4:24-cv-3946, granting the consolidation of all cases related to Gryphon Healthcare, LLC. Having considered the notice, submissions, and applicable law, the Court determines that this matter is hereby consolidated into the *Wood* matter before District Court Judge Lake. Accordingly, the court hereby

**ORDERS** that this matter, *Elva Mendoza v. Gryphon Healthcare, LLC*, Civil Action No. 4:24-cv-4224, is hereby **CONSOLIDATED** into *Danny Wood v. Gryphon Healthcare LLC*, Civil Action No. 4:24-cv-3946.

SIGNED at Houston, Texas, on this 13 day of March, 2025.

DAVID HITTNER
United States District Judge