United States District Court
Southern District of Texas
**ENTERED**
March 25, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE GRYPHON HEALTHCARE LLC DATA BREACH LITIGATION | Case No. 4:24-cv-3946<br><br>Hon. Sim Lake |

## [PROPOSED] ORDER STAYING DEADLINES

Plaintiffs and Defendant (the "Parties") jointly requested that the Court enter a stay of all deadlines pending the outcome of a formal mediation scheduled for August 21, 2025. For good cause shown, the joint motion is GRANTED.

All deadlines, conferences, and hearings in this action are hereby stayed. The Parties shall file a status report with the Court by September 4, 2025, that relays the outcome of the mediation and the status of their settlement discussions.

SO ORDERED.

Signed on MARCH 25 2025

_____
United States District Judge

1