# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| *In re Gryphon Healthcare LLC Data Breach Litigation* | Case No. 4:24-CV-3946 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs, by and through their undersigned counsel of record, hereby dismiss all of their individual claims brought in the above-captioned action, without prejudice, with each party to bear its own fees and expenses.

Dated: September 3, 2025

Respectfully Submitted,

*/s/Leigh S. Montgomery*
Leigh S. Montgomery
Texas Bar No. 24052214
**EKSM LLP**
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455
lmontgomery@eksm.com

A. Brooke Murphy
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

1

Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

Gary Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

J. Gerard Stranch, IV
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Phone: (615) 254-8801
gstranch@stranchlaw.com

**CERTIFICATE OF SERVICE**

  I, Leigh S. Montgomery, do hereby certify that, on September 3, 2025, a true and correct copy of the above and foregoing *Notice of Voluntary Dismissal Without Prejudice* has been sent via the Court's ECF System.

                */s/ Leigh S. Montgomery*
                Leigh S. Montgomery