United States District Court
Southern District of Texas
**ENTERED**
September 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Danny Wood, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | |
| § | CIVIL ACTION NO. H-24-3946 |
| Gryphon Healthcare LLC, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

On September 3, 2025, Plaintiffs, filed a Notice of Voluntary Dismissal without Prejudice (docket no. 23) stipulating to the voluntary dismissal of this action against Defendant, Gryphon Healthcare LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the Notice and this action is hereby **DISMISSED WITHOUT PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 3rd day of September, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE